UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JOANNA WILLIAMS
713 AVONDALE ROAD
MONTGOMERY, AL 36109

CASE NO: 15-31030-DHW

Soc. Sec. No. XXX-XX-1765
Debtor.

## INCOME WITHHOLDING ORDER

TO: SARRELL DENTAL CTR
ATTN PAYROLL
230 EAST 10TH ST SUITE 106
ANNISTON, AL 36207

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that SARRELL DENTAL CTR withhold from the wages, earnings, or other income of this debtor the sum of **$127.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**
**15-31030-DHW JOANNA WILLIAMS**
**P O BOX 613108**
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, May 1, 2015 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge